USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025

**Doe vs. Sumitomo Mitsui Finance & Leasing, et. al**

25CV-04549 MKV
**Letter Motion Regarding Exhibits**

Dear Judge Vyskocil,

I write as a pro se plaintiff regarding the Court's order designating the Amended Complaint at DE 18 as the operative complaint (see Pettaway v. Nat'l Recovery Sols., LLC, 955 F.3d 299, 303 (2d Cir. 2020)).

When I filed my prior Amended Complaint at DE 15, I also submitted exhibits, which the Clerk docketed at DE 15-1, 15-2, and 15-3. These are the same exhibits intended to accompany my operative complaint at DE 18.

Because the Pro Se Office has informed me that they cannot associate those exhibits with DE 18 without Court authorization, I respectfully request that the Court:

1. Direct the Clerk to associate DE 15-1 through DE 15-3 with DE 18, or deem those exhibits incorporated by reference into the operative Amended Complaint; or
2. Alternatively, permit me to refile those same exhibits so that they are properly attached to DE 18.

This request is solely for the purpose of ensuring the docket clearly reflects the operative complaint and its exhibits. I confirm there are no changes to the exhibits previously filed.

Respectfully submitted,

s/
Tony Parrish
Pro Se Plaintiff
PO Box 706, Bayonne, NJ

---

IT IS HEREBY ORDERED that Plaintiff is granted leave to refile the Amended Complaint at docket entry number 18 with exhibits attached. Plaintiff shall file his Amended Complaint with exhibits on or before October 17, 2025. As previously ordered, Plaintiff must serve his Amended Complaint and exhibits on Defendants within 90 days of its filing.

**Plaintiff is reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court is respectfully requested to close the filing at docket entry number 19.

SO ORDERED.

Date: 10/3/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge